AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
AUG 17 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | Case No. 2:16-mj- 341 |
| Chadwick Stanley Ghesquiere | ) | |
| | ) | |
| *Defendant* | | **SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief, that from <u>in or about July and August, 2016</u> in the city of <u>Virginia Beach</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1958 | Use of Interstate Commerce Facilities in the Commission of Murder for Hire |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet. (Please see attached Affidavit)

READ AND APPROVED:

_____
Kevin M. Comstock
Assistant United States Attorney

_____
*Complainant's signature*

Edward F. Winkelspecht, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 17, 2016

City and state: Norfolk, Virginia

_____
*Judge's signature*
ROBERT J. KRASK
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*