IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:16cr128-001 |
| | ) | |
| CHADWICK STANLEY GHESQUIERE | ) | |
| Defendant | ) | |

GOVERNMENT'S POSITION ON SENTENCING
SENTENCING UNDER 3553(A) FACTORS

Dana J. Boente, United States Attorney for the Eastern District of Virginia, and Kevin M. Comstock, Assistant United States Attorney, pursuant to the United States Sentencing Guidelines, 18 U.S.C. § 3553(a), *United States v. Booker*, 125 S. Ct. 738 (2005) and the local rules, represents that it has reviewed the Probation Officer's presentence report; and state first we agree in all respects with the factual findings under the preponderance of the evidence standard, second we move under USSG § 3E1.1(b) for an additional one-point, and third we submit that an advisory guideline sentence including incarceration is appropriate under the § 3553(a) factors. The Assistant U.S. Attorney will request to make a brief argument and may seek to introduce selected case photo exhibits at sentencing regarding a recommendation under the § 3553(a) factors.

                Respectfully submitted,

                DANA J. BOENTE
                UNITED STATES ATTORNEY

                By:       /s/
                Kevin M. Comstock
                Assistant United States Attorney
                Virginia State Bar 39460
                United States Attorney's Office
                101 West Main Street, Suite 8000
                Norfolk, Virginia 23510
                Office Number - (757) 441-6331
                Facsimile Number - (757) 441-6689
                Email Address: Kevin.Comstock@usdoj.gov

# CERTIFICATE OF SERVICE

I certify that on this 21st day of December, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Keith Loren Kimball, Esquire
> 150 Boush Street
> Suite 403
> Norfolk, Virginia 23510

I certify that on this this 21st day of December, 2016, I caused a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors to be either *mailed or emailed* to the following:

> Carmen I. Perez
> U.S. Probation Officer
> 600 Granby Street
> Suite 200
> Norfolk, Virginia 23510

By: _____/s/_____
Kevin M. Comstock
Assistant United States Attorney
Virginia State Bar 39460
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - (757) 441-6331
Facsimile Number - (757) 441-6689
Email Address: Kevin.Comstock@usdoj.gov