

August 4th Recording between CS and Ghesquiere

GOVERNMENT EXHIBIT

2

PENGAD-Bayonne, N.J.

2:16 41 341



GOVERNMENT
EXHIBIT
3
PENGAD-Bayonne, N.J.

2016/08/11 08:47:37

PENGAD-Bayonne, N.J.

**GOVERNMENT
EXHIBIT**

3A

2:16 mj 341





PENGAD-Bayonne, N.J.

GOVERNMENT
EXHIBIT
3B

2:16mj341



2016/9/08/1

PENGAD-Bayonne, N.J.

GOVERNMENT
EXHIBIT
4A
21-6-733-4



2016/0

PENGAD-Bayonne, N.J.

GOVERNMENT
EXHIBIT
4B
2:16cr341



PENGAD-Bayonne, N.J.

GOVERNMENT
EXHIBIT

2:11-cr-73-1

RECO0001





PENGAD-Bayonne, N.J.

GOVERNMENT
EXHIBIT
4D

21Kn7241




GOVERNMENT
EXHIBIT
4E
2116MJ341

GOVERNMENT
EXHIBIT
5B
21KWY341



Sent

Today 6:45 PM

Ill be back at it in the morning

Sounds good

Today 8:35 PM

Type message

HUAWEI

2:39 PM

(757) 752-

GOVERNMENT
EXHIBIT
5C
2:16ury341
PENGAD-Bayonne, N.J.

U also got that stuff for me?

8/16
just seen your message we are good   i have it

Today 2:29 PM

Sent
8/16
Today 2:31 PM
I got some traffic on my way down. What time can u meet?

8/16
Anytime is good   we can set up a time when you are here

Today 2:38 PM

Type message

GOVERNMENT
EXHIBIT

6A

21krx341





## DEPARTMENT OF JUSTICE
### BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## EVIDENCE IDENTIFICATION LABEL

| CASE NUMBER | ACTION | CUST DATE | EXH # |
|---|---|---|---|
| 768025-16-0068 | RETAINED FOR EVIDENCE | 8/18/2016 | 000035 |

**DESCRIPTION OF PROPERTY**
DOCUMENTS: OTHER DOCUMENTS, NOTE CONTAINING THE PHONE NUMBE
OF THE UC PHONE GIVEN TO CHADWICK GHESQUIERE DURING A MEET ON
08/10/16.

| LOCATION RECOVERED FROM | PERSON RECOVERED FROM |
|---|---|
| Home Address of: GHESQUIERE, Chad<br><br>Virginia Beach   VA   23452- | GHESQUIERE, Chadwick |

**CHAIN OF CUSTODY**

| SIGNATURE | DATE |
|---|---|
|  | 08/18/16 |
| SIGNATURE | DATE |
|  |  |
| SIGNATURE | DATE |
|  |  |

**BAR CODE INFORMATION**

1910036

**SPECIAL INSTRUCTIONS/REMARKS**
SW17:Found in Dining Room- End Table by Couch

*MINIGRIP*



(301) 379-



GOVERNMENT
EXHIBIT

7B

PEHGAD-Bayonne, N. J.



GOVERNMENT EXHIBIT

7C

PRHG4D-Bayonne, N. J.

#52    48    12 GA shotgun rounds
            found on belt in closet



PENGAD-Bayonne, N. J.

**GOVERNMENT EXHIBIT**

7D



PENGAD-Bayonne, N. J.

**GOVERNMENT
EXHIBIT**

JE.







PENGAD-Bayonne, N. J.

GOVERNMENT
EXHIBIT

7F



GOVERNMENT
EXHIBIT

PENGAD-Bayonne, N. J.

**WELLS FARGO HOME MORTGAGE**

Return Mail Operations
PO Box 14411
Des Moines IA 50306-341

GOVERNMENT
EXHIBIT
7H

Statement date 08/09/16
Loan number
Property address

VIRGINIA BEACH, VA 23452

**PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.**

DCSF1CDTD9  020873DCSF1C00000025981936

||||ı|ı||ı|ı|||ı||ı||||ı|ıı||ı||ıı|ı||ı||ı|||ı|ı||ıı|ı|ı||ı|ıı||

CHADWICK GHESQUIERE

VIRGINIA BEACH, VA 23452-4316

### Customer Service

 **Online**
wellsfargo.com

**Correspondence**
PO Box 10335
Des Moines IA 50306

**Payments**
PO Box 14507
Des Moines IA 50306

**Telephone**
1-866-936-7272

**Fax**
1-866-278-1179

**Hours of operation**
Mon - Fri 7 a.m. - 8 p.m.
CT

We accept telecommunications relay service calls.

**The summaries below are based on the terms of the loan and are provided for informational purposes only.**

### Payment summary

| | |
|---|---|
| Principal | $439.63 |
| Interest | $616.33 |
| Escrow | $339.21 |
| **Current payment** 09/01/16 | **$1,395.17** |
| Unpaid payment 06/01/14-08/01/16 | $36,084.88 |
| Unpaid late charge(s) | $51.73 |
| **Total payment** | **$37,531.78** |

### Balance summary

| | |
|---|---|
| Unpaid principal balance [2] | $230,555.17 |
| Unapplied funds balance [3] | $1,171.12 |
| Escrow balance | $-7,716.10 |
| *(Contact Customer Service for your payoff balance)* | |
| Interest rate [4] | 3.375% |
| Maturity date | 08/42 |

### Year-to-date summary [5]

| | |
|---|---|
| Total received* | $8,129.94 |
| Principal | $2,421.24 |
| Interest** | $3,914.52 |
| Escrow | $1,794.18 |
| Taxes disbursed | $1,018.71 |
| Insurance disbursed | $1,031.80 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions, please consult your tax advisor.

### Informational messages

[2]This is a principal balance only (and does not include interest and/or fees). Your principal balance(s) is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[3]This balance represents the total amount of all unapplied funds on your account. We refer to any payment that is less than the payment established by the terms of your loan as a "partial payment". If we receive a partial payment, we will hold the partial payment until we receive additional funds that can be combined to make a full payment.

[4]This interest rate is governed by the terms of your loan unless otherwise reduced by an order of the bankruptcy court.

[5]Each component of this Summary is calculated and disclosed according to the terms of your loan.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 08/03 | Payment | | $406.38 | $649.58 | $247.69 | Unapplied -$1,303.65 |

CHADWICK GHESQUIERE
3512 HILBER ST
VIRGINIA BEACH, VA 23452

Loan number
0429140957

Please specify additional funds

Payment
x pmt amt    A    $

 AT&T

CHADWICK GHESQUIERE
~~████████████~~
VIRGINIA BEACH, VA 23452-4316

 **GOVERNMENT EXHIBIT** 7I

Past Due Amount: $138.31
Total Amount Due: $138.31
Account Number: ~~████████████~~
Date: August 3, 2016

Wireless Number(s): 757-663-~~████~~

## Suspension Notice!

Past Due Amount: $138.31

CHADWICK GHESQUIERE:

Thank you for being a valued AT&T Mobility customer. Our records indicate your account balance is **$138.31**. **If you have already paid or made a payment arrangement, please disregard this notice. Your service will not be suspended if your existing arrangement is kept.**

**Otherwise, to avoid suspension, we must receive payment of $138.31 by August 9, 2016.** If you need more time to pay, please access the myAT&T app or att.com/pay for available options. If your account is suspended, a $40.00 fee will be charged to reinstate your service. Multiple suspensions for non-payment may impact your ability to upgrade with our best pricing.

> **Avoid Immediate Suspension!**
>
> **Please pay your balance today:**
> - **Use the myAT&T app**
> - **Pay online at att.com/pay**
> - **Dial *PAY (*729) on your AT&T wireless phone**
> - **Call 1-800-947-5096. A convenience fee may apply for representative-assisted payments.**

If you prefer, you can also remit payment of $138.31 using the enclosed payment slip and envelope.

If you have any questions about your account, please call us at 1-800-947-5096 and we will be glad to assist. Thank you for your prompt attention to this matter.

TLSUS12

## AMOUNT DUE: $138.31

Account Number: ~~████████████~~
Please include account number on your check.

CHADWICK GHESQUIERE
~~████████████~~
VIRGINIA BEACH, VA 23452-4316



Make checks payable to:

AT&T MOBILITY
PO BOX 536216
ATLANTA GA 30353-6216

7797.005.054429.01.01.0000000 NNNNNNNY 019029.108941

990004180661317950000000000013831000000013831007





## *DISCONNECT NOTICE*

CHADWICK S GHESGUIERE 

VIRGINIA BCH , VA  23452

| Please Pay by 07/06 |
|---|
| $ 648.31 |

Chadwick S Ghesguiere,

Your account, [ACCT. # 5414████████], is past due.

- Past Due balance          $648.31
- Due Date                         JUL. 06, 2016

Payments must be received by Dominion Virginia Power or an authorized payment center by 5:00 P.M. on the due date listed above.  You may visit our website at www.dom.com and search MYA to pay online or assess other account management options; you can also search Authorized Payment Centers to find a convenient location to pay this bill.  To make a payment by credit card, debit card or electronic check, call BillMatrix at 1-800-573-1147 (a convenience fee will apply).  If mailing your payment, please include the Disconnect Notice Coupon below.

Your electric service may be turned off without further notice.

If your service is disconnected, please call 1-888-429-0011 to confirm the amount required for reconnection.  You will also need to contact us either by phone or Manage Your Account online at www.dom.com to schedule the reconnection.  A reconnect charge of $23.70 will be assessed for reconnections scheduled before 5:00 P.M.  Reconnections scheduled after 5:00 P.M. will be assessed a $61.30 reconnect charge.  In accordance with Dominion Virginia Power's filed tariffs, a security deposit equal to two times the 12-month average usage of this address may also be required.

For additional information, please call 1-888-429-0011 between 8:00 A.M. and 5:00 P.M. Monday - Friday

**If you need help paying your bill, information on energy assistance programs in Virginia is available by dialing 2-1-1. Please see the next page for more information on energy assistance, payment arrangements, and reconnecting your service online.**

---

*Visit us online at http://www.dom.com*

Please detach and return this payment coupon with your check made payable to Dominion Virginia Power .  Please see reverse side for mailing address change instructions.

### *DISCONNECT NOTICE COUPON*

| Please Pay by 07/06 |
|---|
| $ 648.31 |

**Amount Enclosed**

Account No. 5414█████

```
001922 1 AV 0.373    T#000011
CHADWICK S GHESGUIERE
█████████████
VIRGINIA BCH VA  23452-4316
```

Send Payment to:

**DOMINION VIRGINIA POWER**
**P O BOX 26543**
**RICHMOND VA 23290-0001**

888       5414815786  1000064831  1000064831  91

01922 Z 0014

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division



GOVERNMENT EXHIBIT

7 K

PENGAD-Bayonne, N.J.

In Re:    Chadwick Stanley Ghesquiere, XXX-XX-0707                  Chapter 13

Case No.: ~~14-73815-SCS~~

Debtor*

## ORDER CONFIRMING PLAN

The debtor(s) plan filed on November 18, 2014, having been transmitted to his/her creditors; and it having been determined after notice and a hearing that:

(1)  the plan complies with the provisions of this chapter and with other applicable provisions of this title;

(2)  any fee, charge, or amount required under 28 U.S.C. Chapter 123 or by the plan, to be paid before confirmation, has been paid;

(3)  the plan has been proposed in good faith and not by any means forbidden by law;

(4)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor is liquidated under 11 U.S.C. Chapter 7 on such date;

(5)  with respect to each allowed secured claim provided for by the plan --

      (A) the holder of such claim has accepted the plan;
      (B)(i)    the plan provides that the holder of such claim retain the lien securing such claim; and
      (B)(ii)   the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or
      (C) the debtor surrenders the property securing such claim to such holder, and

(6) the debtor will be able to make all payments under the plan and to comply with the plan;

**It is ORDERED that:**

(1)  The debtor(s) plan [if appropriate, as modified] be and it is hereby confirmed, and any Order Allowing Claims hereto entered in this case is hereby amended to include any claims added or supplemented by this plan.

(2)  **On, November 19, 2014 and each month thereafter until further order, DEFENSE FINANCE & ACCOUNTING the employer of the debtor, shall deduct from the wages, salary, or commissions of the debtor and pay to:**

**$1,075.00 FOR 60 MONTHS STARTING NOV 2014.**

MAIL PAYMENT ONLY TO:

**R. Clinton Stackhouse, Jr.**
**Chapter 13 Trustee**
**P.O. Box 79993**
**Baltimore, MD 21279-0993**

        **TOTAL FUNDING:  $64,500.00**